K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, <br><br>             Plaintiff, <br><br>   vs. <br><br> CASTILLO'S MEXICAN FOOD, INC., et al. <br><br>             Defendants. | No. 1:12-cv-00458-LJO-BAM <br><br> **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Castillo's Mexican Food, Inc. dba Castillo's Mexican Food and Ronald H. Tanner, as Trustee of the Tanner Family Trusts ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 23, 2012                             MOORE LAW FIRM, P.C.


                                                /s/Tanya E. Moore
                                                Tanya E. Moore
                                                Attorney for Plaintiff Natividad Gutierrez


*Gutierrez v. Castillo's Mexican Food, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: July 20, 2012									LAW OFFICES OF JOEL M. MURILLO

											/s/ Joel M. Murillo
											Joel M. Murillo
											Attorney for Defendant Castillo's Mexican
											Food Incorporated

Date: July 23, 2012									PETRIE DORFMEIER & MORRIS, LLP

											/s/ J. David Petrie
											J. David Petrie
											Attorneys for Defendant Robert H.
											Tanner, Trustee of the Tanner
											Family Trusts

### **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **July 23, 2012**				          **/s/ Lawrence J. O'Neill**
											UNITED STATES DISTRICT JUDGE

*Gutierrez v. Castillo's Mexican Food, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2